COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:        Patrick Campbell v. The State of Texas

Appellate case number:      01-20-00494-CR

Trial court case number:    10-CR-3689

Trial court:                122nd District Court of Galveston County

The Court previously abated this appeal and remanded for the trial court to determine whether to appoint appellate counsel for appellant, Patrick Campbell. After a hearing on remand, the trial court appointed attorney Megan S. Jones to represent Campbell in this appeal.

After filing Campbell's appellate briefs, Jones filed a motion in the trial court requesting to withdraw from her appointment as appellate counsel. Jones stated in the motion that she had accepted employment with the Galveston County Criminal District Attorney's Office, which is representing the State in this appeal, and therefore she can no longer represent Campbell. The trial court granted the motion and ordered that Jones and her law firm, Mills Shirley L.L.P., were permitted to withdraw as Campbell's appellate counsel. The trial court has not appointed new appellate counsel for Campbell.

Nor has Jones filed a motion in this Court requesting that this Court permit her to withdraw from representing Campbell on appeal. *See* TEX. R. APP. P. 6.5 (stating that "appellate court may, on appropriate terms and conditions, permit an attorney to withdraw from representing a party in the appellate court," and listing requirements of motion for leave to withdraw from representation). The records of this Court, therefore, continue to reflect that Jones is Campbell's counsel in this appeal.

Accordingly, we **abate** the appeal and **remand** to the trial court. We **order** the trial court to immediately appoint new appellate counsel at no expense to appellant. *See* TEX. CODE CRIM. PROC. arts. 1.051(a), (c), (d)(1), 26.04(j)(2), 64.01(c). The trial court's notice of appointment of counsel shall include a copy of this order. The trial court clerk is directed to file a supplemental clerk's record containing the trial court's appointment of new counsel and any other necessary orders, findings, or recommendations within **thirty days** of the date of this order. *See* TEX. R. APP. P. 34.5(c)(1), (3).

We further **order** Campbell's newly appointed counsel to notify this Court, within **fourteen days** of the trial court's appointment, whether Campbell desires counsel to file new appellate briefs or whether Campbell adopts the appellate briefs that his prior counsel previously filed on his behalf.

This appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the supplemental clerk's record and counsel's briefing notice are filed in this Court.

It is so ORDERED.


Judge's signature: <u>  /s/  April L. Farris                                     </u>
       ☑  Acting individually  ☐  Acting for the Court


Date: <u>April 14, 2022          </u>